ALTON D. BROWN, Petitioner,
v.
JEFFREY A. BEARD, D.M. CHAMBERLAND, DORINA VARNER, LT. ROCHE, LT. HOMES, LT. JOHN DOE, LT. JOHN DOE #1, P.K. TEETER, SGT. KING, J. NIEMIEC, C.A. SCIRE, K. CROSS, C.O. EDWARDS, F.R. BAYER, M. JOHNSON, C.O. RUCKER, C.O. HELMAN, C.O. HODE, K. GEPPERT, C.O. JOHN DOE, UNITED STATES MARSHALL, UNITED STATES DEPUTY MARSHAL JOHN DOE, UNITED STATES DEPUTY MARSHAL JOHN DOE #1, R.B. MACINTYRE, C.O. FAITH, C.O. BURGER, C.O. DURKACS, AND C.O. HOLLOBAUGH, Respondents.
No. 559 WAL 2011.
Supreme Court of Pennsylvania, Western District.
March 19, 2012.

ORDER
PER CURIAM.
AND NOW, this 19th day of March, 2012, the Petition for Allowance of Appeal and "Request to Supplement Authority in Petition for Allowance of Appeal" are denied.